UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-22388-CIV-SEITZ/O'SULLIVAN

EDILBERTO HERNANDEZ,
and others similarly situated,

        Plaintiffs,

v.

H.O.N. CONSTRUCTION COMPANY, INC.,
DENIS A. LOPEZ, SHEAR CONSTRUCTION &
DEVELOPMENT, and GARY SHEAR,

        Defendants.
_____/

## ORDER DISMISSING PARTIES

THIS MATTER is before the Court on the Plaintiff's Notice of Voluntary Dismissal with Prejudice of Defendants Shear Construction and Development, Inc. and Gary Shear [DE-27]. Upon consideration, it is hereby

ORDERED that

(1) Defendants Shear Construction and Development, Inc. and Gary Shear are DISMISSED with prejudice.

(2) This case shall proceed against all other defendants.

DONE AND ORDERED in Miami, Florida, this 26th day of September, 2007.

                                                          PATRICIA A. SEITZ
                                                          UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record