UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 07-22388-CIV-O'SULLIVAN
[CONSENT]

EDILBERTO HERNANDEZ,
and other similarly situated,
    Plaintiff,
v.
H.O.N. CONSTRUCTION COMPANY,
INC., et al.,
    Defendants.
_____/

## AMENDED FINAL DEFAULT JUDGMENT

THIS MATTER came before the Court on Plaintiff's Motion for Final Default Judgment Pursuant to 29 U.S.C 216(b) as to H.O.N. Construction Company, Inc. and Denis A. Lopez (DE # 47, 3/6/09). Pursuant to this Court's Order granting said motion, Final Judgment is hereby entered in favor of the plaintiff and against the defendants pursuant to Fed. R. Civ. P. 55(b). It is

ORDERED AND ADJUDGED that the plaintiff shall recover $15,624.80 (exclusive of attorney's fees and costs) from the defendants, H.O.N. Construction Company, Inc. and Denis A. Lopez. It is further

ORDERED AND ADJUDGED that the Court retains jurisdiction over attorney's fees and costs associated with the instant case. The plaintiff shall file a motion for fees and costs and all appropriate documentation no later than **Thursday, April 23, 2009**.

THE CLERK OF THE COURT is directed to mark this case **CLOSED**. All pending motions not otherwise ruled upon are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida this **24th** day of March, 2009.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All Counsel of Record

Copies mailed by Chambers to:

Denis A. Lopez
H.O.N. Construction Company, Inc.
16186 SW 86th Terrace
Miami, FL 33193

Denis A. Lopez
H.O.N. Construction Company, Inc.
13715 SW 139 Ct Bay 104
Miami, FL 33186